IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FEDEX SUPPLY CHAIN** <br> **LOGSTICS & ELECTRONICS, INC.** <br><br> Plaintiff, <br><br> v. <br><br> **GENESIS NETWORKS ENTERPRISES,** <br> **LLC and JAMES GOODMAN** <br><br> Defendants. | Case No. 2:22-cv-02684-JTF-atc |

**ORDER TO SHOW CAUSE**

Before the Court is Plaintiff FedEx Supply Chain Logistics & Electronics, Inc.'s Complaint against Defendants for breach of contract and for breach of guaranty, filed on October 5, 2022. (ECF No. 1.) Service was executed on Defendant Genesis Networks Enterprises, LLC on October 17, 2022 (ECF No. 8), as well as on Defendant James Goodman on October 29, 2022. (ECF No. 9.) As of the date of this order, neither Defendant has filed an Answer or otherwise responded to Plaintiff's complaint. Plaintiff is **ORDERED** to show cause why the Court should not dismiss against Plaintiff for failure to prosecute. Plaintiff has until May 3, 2023 to respond.

**IT IS SO ORDERED** this 19th day of April, 2023.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.,
UNITED STATES DISTRICT JUDGE