IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **FEDEX SUPPLY CHAIN** )<br>**LOGSTICS & ELECTRONICS, INC.** )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>**GENESIS NETWORKS ENTERPRISES,** )<br>**LLC and JAMES GOODMAN** )<br>)<br>   Defendants. ) | Case No. 2:22-cv-02684-JTF-atc |

**ORDER OF DISMISSAL**

Before the Court is the parties' Consent Motion for Entry of Judgment, filed on April 26, 2023. (ECF No. 12.) The parties agree that the amount sued for by Plaintiff FedEx Supply Chain Logistics & Electronics, Inc. in the amount of $1,194,125.37 is owed by Defendants Genesis Networks Enterprises LLC and James Goodman. (*Id*.) Defendants agree they are jointly and severally liable. (*Id*.) Accordingly, the Courts finds that this matter shall be **DISMISSED** in favor of Plaintiff with Defendants being liable for $1,194,125.37 in damages, plus post-judgment interest from the date of this order at six percent per annum until the judgment is paid in full.[1]

**IT IS SO ORDERED** this 28th day of April, 2023.

*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.,
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that on April 19, 2023, the Court entered a Show Cause Order because the case sat dormant for nearly five months. (ECF No. 10.) Plaintiff responded by informing the Court that the Parties had reached an agreement. Plaintiff's counsel seemed somewhat disturbed and continued by indicating that Plaintiff "called the Court to inform the Court that….an agreement was impending." (ECF No. 11.) The Court has canvassed all chambers staff- no calls or notification of any agreement or settlement was received, nor was a Notice of Settlement filed. (*See* LR 83.13 (a)). However, the instant Order memorializes the agreement between the Parties.