# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **FEDEX SUPPLY CHAIN** ) | |
| **LOGSTICS & ELECTRONICS, INC.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:22-cv-02684-JTF-atc |
| ) | |
| **GENESIS NETWORKS ENTERPRISES,** ) | |
| **LLC and JAMES GOODMAN** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal in favor of Plaintiff with Defendants being liable for $1,194,125.37 in damages, plus post-judgment interest from the date of the order at six percent per annum until the judgment is paid in full, entered on April 28, 2023.  (ECF No. 13.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                         WENDY OLIVER
UNITED STATES DISTRICT JUDGE                        CLERK


April 28, 2023                                                              Ameshia Forrest
DATE                                                                           (By) LAW CLERK