# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., | ) ) ) |
| Plaintiff, | ) ) ) Civil Action No. 2:22-cv-02684-JTF-atc |
| v. | ) ) |
| JAMES GOODMAN and GENESIS NETWORKS ENTERPRISES, LLC, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF PATIAL SATISFACTION OF JUDGMENT**

Comes now FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE") and provides notice of partial satisfaction of judgment. On April 28, 2023 [Dkt. # 14], this Court entered a judgment in favor of FSCLE in the amount of $1,194,125.37 plus interest at six percent. FSCLE, James Goodman and Genesis Networks Enterprises, LLC ("Genesis") entered into an agreement concerning a payment plan for Goodman and Genesis to pay the judgment. Together with interest the total to be paid in five installments was $1,274,166.14. The agreement provided that if an installment payment was not timely made, the remainder of the balance owed was then due and payable.

James Goodman made payments totaling $500,000 through June 15, 2023. The next installment payment of $250,000 was due September 15, 2023. Neither Goodman nor Genesis made the payment. As of the date of this notice, neither has made any further payment to FSCLE.

Thus, as of the date of this notice, FSCLE provides notice that James Goodman and Genesis have paid $500,000 towards their judgment and still owe $774,166.14.

Respectfully submitted,

**BUTLER SNOW LLP**

By: s/ Daniel W. Van Horn
DANIEL W. VAN HORN (18940)
R. CAMPBELL HILLYER (22124)
ADAM M. LANGLEY (30492)

Attorneys for Plaintiff FedEx Supply Chain
Logistics & Electronics, Inc.
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
Danny.VanHorn@butlersnow.com
Cam.Hillyer@butlersnow.com
Adam.Langley@butlersnow.com

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing notice of partial satisfaction of judgment has been served this the 26th day of October 2023, via email and first-class U.S. Mail, postage prepaid, on:

James Goodman
103 Tomahawk Trail
San Antonio, TX 78232
james.goodman@genesisnet.com

Michael Aigen, Esq.
Stinson, LLP
2200 Ross Ave., Ste. 2900
Dallas, TX 75201
michael.aigen@stinson.com

Randy Pulman, Esq.
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Ste. 400
San Antonio, TX 78213
rpulman@pulmanlaw.com

s/ Daniel W. Van Horn

83834468.v1