IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FEDEX SUPPLY CHAIN LOG

v.                                           Case No. 2:22-CV-02684

JAMES GOODMAN

**APPLICATION FOR WRIT OF EXECUTION**

The Judgment Creditor, FedEx Supply Chain Logistics & Elec, hereby makes application to the Clerk of the United States District Court to issue an execution in the above case to satisfy a judgment against the judgment debtor(s) herein, James Goodman, for $1,194,125.37, plus accrued interest in the amount of $35,823.76, through 10/28/23 (date), computed at the rate of 6 %, plus costs formally taxed by the Clerk or the Court in the amount of 0.* The total amount of payments made by judgment debtor(s) on this judgment is $500,000 (if no payments have been made, enter "0"). The balance of the judgment that remains unsatisfied, as of 10/28/23, including accrued interest and costs, if applicable, after payments from the judgment debtor(s) have been credited, is $729,948.97.

s/ Daniel W. Van Horn
Judgment Creditor/Attorney for Judgment Creditor
6075 Poplar Ave., Ste. 500
Address
Memphis, TN 38119
901-680-7331
Telephone Number

*If no costs have been formally taxed by the Clerk or the Court, enter "0".

**FORM 1**