IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FedEx Supply Chain Logistics

v.

James Goodman

Case No. 2:22-cv-02684

**SUMMONS AND NOTICE TO THE GARNISHEE**

NOTICE:  Although you have a longer time in which to answer the court concerning this garnishment, you must do the following on the same day you receive the garnishment, or on the next working day:
(1)  Determine if you possess or control money or property of the judgment debtor.
(2)  If so, within the same time period, you shall furnish a copy of this garnishment summons, a copy of the Notice to Judgment Debtor (Form 6 if the garnishment is for wages; Form 8 if the garnishment is not for wages), and a copy of the Notice to Garnishee/Employer (Form 4), if the garnishment is for wages, by mailing them first class, postage prepaid, to the judgment debtor's last known address as shown by your records, or by actual delivery to the judgment debtor.
(3)  If the address shown by your records differs from that shown at the bottom of the Notice to Judgment Debtor, you shall also mail a copy of the summons and notice(s)  to the latter address.

As required by law, T.C.A. § 26-2-204, you are summoned to mail an answer within ten (10) days after the date of service of this garnishment to Clerk, U.S. District Court, 167 N. Main, Ste 242, Memphis, TN 38103.  If you are an employer, you must read Form 4 and complete Form 5.  If you are holding funds belonging to the judgment debtor other than salaries, wages or earnings, you must complete Form 7.

FOR EMPLOYER GARNISHEE:  This lien shall continue as to subsequent earnings until the total amount due is paid or satisfied, OR until the expiration of the employer's payroll period immediately prior to six (6) CALENDAR MONTHS after service of this garnishment, whichever occurs first.  This lien shall have priority over any subsequent liens obtained.  Subsequent execution shall be effective for the successive calendar month periods in the order in which they are served.

You are required to withhold the garnishment amount, or part thereof, from the employee's wages and to pay these monies not less than one time each calendar thirty (30) days to: Clerk, U.S. District Court, 167 N. Main, Ste 242, Memphis, TN 38103. You are liable for failure to withhold form the employee's wages and for failure to pay these monies to the Court.

FOR NON-WAGE GARNISHEE (e.g., financial institution): You are required to pay any garnished funds within your possession within thirty (30) days of service to Clerk, U.S. District Court, 167 N. Main, Ste 242, Memphis, TN 38103.

ISSUED this _____ day of _____, _____.

UNITED STATES DISTRICT COURT CLERK

By:_____
Deputy Clerk

**FORM 3**