IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FedEx Supply Chain Logistics & Electronics, Inc.
_____

v.                                                                                    Case No. 2:22-cv-02684
                                                                                              _____

James Goodman
_____

### ANSWER OF GARNISHEE FOR FUNDS OTHER THAN SALARIES, WAGES OR EARNINGS OF JUDGMENT DEBTOR

Comes the garnishee, _____, and makes oath as follows:

1. That, at the time of service of this garnishment, the garnishee was indebted to the judgment debtor in the amount of $_____ as a result of

_____

2. That the garnishee had the following property, debts, or effects belonging to the judgment debtor in his possession or under his control: (If the garnishee is holding a sum of money, list the exact amount; if the property is not money, specify the type of property, debt(s) or effects.)

a. At the time of service of the garnishment: _____

_____

b. At the time the garnishee answered the garnishment: _____

_____

c. Between the time of service of the garnishment and the time the garnishee answered the garnishment: _____

3. That, to the knowledge and belief of the garnishee, the following other person(s) have in his/their possession or control the following property, debts, or effects belonging to the judgment debtor: (List the name and address of any such person and describe the property, debts or effects.)

Pursuant to T.C.A. § 26-2-204, by signed below, I certify under oath that the above information is true and correct.

_____
Garnishee

**FORM 7**