IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FedEx Supply Chain Logistics & Electronics, Inc.

v.

James Goodman

Case No. 2:22-cv-02684

**NOTICE TO JUDGMENT DEBTOR (NON-WAGE GARNISHMENT)**

To collect a judgment against you in this lawsuit, your money or other property has been seized by execution or garnishment. An execution allows the United States Marshal to sell the property levied upon.

READ THIS CAREFULLY. YOU MAY BE ABLE TO KEEP YOUR MONEY OR PROPERTY OR GET IT BACK. State and federal laws prevent certain types of money or property from being used to pay a judgment. Such money or property is "exempt." Examples of exempt money are: Social Security benefits, SSI, unemployment benefits, veterans' benefits, AFDC, and most government pensions. Examples of exempt property are certain health care aids and "tools of trade." These examples of exempt money and property constitute only a partial list, and you may have other exemptions.

If you think you have exempt money or property that has been seized you have the right to file a motion with the court clerk's office identified below claiming your exemption and asking for release or return of your money or property.

You can get a form for filing this motion at the clerk's office below. YOU SHOULD ACT QUICKLY. If you file a motion within twenty (20) days from the date this notice was mailed to you or was given to you, the court must hear and decide your motion promptly, and in no event later than fourteen (14) days from filing. The clerk will notify you of the time, date, and place of the hearing.

IF YOU DO NOT UNDERSTAND YOUR RIGHTS OR HOW TO EXERCISE THEM, YOU MAY WISH TO CONSULT WITH A LAWYER. IF YOU CANNOT AFFORD A LAWYER, YOU MAY BE ELIGIBLE FOR FREE LEGAL ASSISTANCE. The court clerk's office can provide you with forms and information about legal services in your area, but the clerk cannot give you legal advice.

Clerk, U.S. District court
167 N. Main
Suite 242
Memphis, TN 38103
(901) 495-1200

To be provided by Judgment Creditor:

James Goodman
Judgment Debtor

103 Tomahawk Trail
Judgment Debtor's Last Known Street Address

San Antonio, TX 78232
Judgment Debtor's Last Known City, State & Zip Code

**FORM 8**