**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>FedEx Supply Chain Logistics & Electronics, Inc. | COURT CASE NUMBER<br>2:22-cv-02684 |
|---|---|
| DEFENDANT<br>James Goodman | TYPE OF PROCESS<br>Writ of Execution/Bank Levy |

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| **SERVE** { Bank of America |
| **AT** { ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>3945 Park Ave., Memphis, TN 38111 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Danny Van Horn, Attorney for FedEx<br>6075 Poplar Ave., Ste. 500<br>Memphis, TN 38119<br>(901) 680-7331   danny.vanhorn@butlersnow.com | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

The account holder's name is James Goodman, 103 Tomahawk Trail, San Antonio, TX 78232. We understand him to have Account No. 026009593 with Bank of America. There are multiple Bank of America locations in Memphis. The one listed above on Park Ave. (901) 320-5500 as well as one located at 4750 Summer Ave., Memphis, TN 38122 (901) 684-6710 and one located at 4350 Elvis Presley Blvd., Memphis, TN 38116 (901) 348-5700.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>901-680-7331 | DATE<br>10/30/23 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS