# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **FEDEX SUPPLY CHAIN LOGSTICS & ELECTRONICS, INC.** ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> **GENESIS NETWORKS ENTERPRISES, LLC and JAMES GOODMAN** ) <br><br> Defendants. ) | Case No. 2:22-cv-02684-JTF-atc |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal in favor of Plaintiff with Defendants being liable for $1,194,125.37 in damages, plus post-judgment interest from the date of the order at six percent per annum until the judgment is paid in full, entered on April 28, 2023. (ECF No. 13.)

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

WENDY OLIVER
CLERK

April 28, 2023
DATE

Ameshia Forrest
(By) LAW CLERK

CERTIFIED TRUE COPY
WENDY R. OLIVER, CLERK

DEPUTY CLERK