# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS & ELECTRONICS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:22-cv-02684-JTF-atc ) ) |
| JAMES GOODMAN and GENESIS NETWORKS ENTERPRISES, LLC, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SATISFACTION OF JUDGMENT

Comes now FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE") and provides notice of satisfaction of judgment. On April 28, 2023 [Dkt. # 14], this Court entered a judgment in favor of FSCLE in the amount of $1,194,125.37 plus interest at six percent. FSCLE, James Goodman and Genesis Networks Enterprises, LLC ("Genesis") entered into an agreement concerning a payment plan for Goodman and Genesis to pay the judgment. Together with interest the total to be paid in five installments was $1,274,166.14. The agreement provided that if an installment payment was not timely made, the remainder of the balance owed was then due and payable.

James Goodman has now paid the judgment in full.

            Respectfully submitted,

            **BUTLER SNOW LLP**

            By: s/ Daniel W. Van Horn
              DANIEL W. VAN HORN (18940)

R. CAMPBELL HILLYER (22124)  
ADAM M. LANGLEY (30492)

Attorneys for Plaintiff FedEx Supply Chain  
Logistics & Electronics, Inc.  
6075 Poplar Ave., Ste. 500  
Memphis, TN 38119  
(901) 680-7200  
(901) 680-7201 (fax)  
Danny.VanHorn@butlersnow.com  
Cam.Hillyer@butlersnow.com  
Adam.Langley@butlersnow.com

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing notice of partial satisfaction of judgment has been served this the 3rd day of June 2024 via email and first-class U.S. Mail, postage prepaid, on:

James Goodman  
103 Tomahawk Trail  
San Antonio, TX 78232  
james.goodman@genesisnet.com


Randy Pulman, Esq.  
Pulman, Cappuccio & Pullen, LLP  
2161 NW Military Highway, Ste. 400  
San Antonio, TX 78213  
rpulman@pulmanlaw.com

s/ Daniel W. Van Horn